CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fraternal Order of Police, Steven Anthony and Teri Grant )
)
)
)
          Plaintiff )
vs )   Civil Action No._____
)
Edward Barry, Paul Ferraro, Christopher Vitollo, Julian Diaz and Daniel Dunlap )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fraternal Order of Police, Steven Anthony, and Teri Grant__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fraternal Order of Police__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

DC 440697
BAR IDENTIFICATION NO.

Stephen G. DeNigris, Esq.
Print Name

2100 M Street NW Suite 170-283
Address

Washington     DC     20037
City           State  Zip Code

(703)416-1036
Phone Number