UNITED STATES DISTRICT COURT: DISTRICT OF COLUMBIA

COUNTY OF              :STATE OF NEW YORK

Academy Process, Inc.
P.O. Box 654
Centereach, NY  11720
(631) 981-7710

Plaintiff(s)

FRATERNAL ORDER OF POLICE, D.C. LODGE 1

against

EDWARD BARRY, individually and in his official capacity as National President, Fraternal Order of Police, DC Lodge 1, National Labor Council 2 et al

Defendant(s)

Index No ........................
Date Filed........................
Office No ........................
Case# 1:08-cv-00462

STATE OF NEW YORK, COUNTY OF SUFFOLK      SS:

Fred Graber   being duly sworn, deposes and says that deponent is not a party to this action is over 18 years of age and resides in New York State.
That on March 20th, 2008 at 1:35 PM at  125 Fawn Lane East, Centereach, NY 11720
deponent served the within summons and complaint
upon PAUL FERRARO, in his official capacity as National Treasurer, Fraternal Order of Police, DC Lodge 1, National Labor Council 2
the defendant (s) therein named, which summons indicated on its face the index number and date filed.

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a domestic corporation by delivering a true copy of each to personally deponent knew said corporation so served to be the corporation described in said summons as said defendant.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to PAUL FERRARO, SR., Father a person of suitable age and discretion. Said Premises is defendant's-actual place of business-dwelling house-usual place of abode-within the state.

**AFFIXING TO DOOR 4.** ☐ by affixing a true copy of each to the door of said premises which is defendant's-actual place of business-dwelling house-usual place of abode within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion thereat having called thereon.

and confirming residence of defendant with                                                            a neighbor
at                                                                                                     who also denied
knowledge of defendant's place of employment or work hours.

**OTHER 5.** ☐ by delivering a true copy of each to said defendant by leaving thereat personally with
who is duly authorized to accept thereof.

**MAILING TO RESIDENCE USE WITH 3 or 4** ☒ Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at SAME AS ABOVE on 3-21-08 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 or 4** ☐ Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at                  in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore to legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** ☒ Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows

Approx. Age 65  Hgt 6'3"  Wgt 275  Hair Shaven  Sex M  Color skin W  Other _____

Wit. Fees $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**MILITARY SERVICE** ☒ I asked the person spoken to PAUL FERRARO, SR.  whether the defendant was in active military service to the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations at the observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal Statutes.

Sworn to before me on March 21st, 2008

                                                                                      Fred Graber

FRED S GRABER
NOTARY PUBLIC, State of New York
NO. 01GR4845664,Suffolk County
Commission Expires June 23, 2010

EILEEN GRABER
NOTARY PUBLIC, State of New York
NO.01GR4660637,Suffolk County
Commission Expires December 31, 2009

UNITED STATES DISTRICT COURT: DISTRICT OF COLUMBIA

COUNTY OF                    :STATE OF NEW YORK

Academy Process, Inc.
P.O. Box 654
Centereach, NY  11720
(631) 981-7710
Index No .......................
Date Filed ........................
Office No ........................
Case# 1:08-cv-00462

Plaintiff(s)
FRATERNAL ORDER OF POLICE, D.C. LODGE 1

against

EDWARD BARRY, individually and in his official capacity as National President, Fraternal Order of Police, DC Lodge 1, National Labor Council 2 et al     Defendant(s)

STATE OF NEW YORK, COUNTY OF SUFFOLK     SS:

Fred Graber being duly sworn, deposes and says that deponent is not a party to this action is over 18 years of age and resides in New York State.
That on March 20th, 2008 at 1:35 PM at 125 Fawn Lane East, Centereach, NY 11720
deponent served the within summons and complaint
upon PAUL FERRARO, individually
the defendant (s) therein named, which summons indicated on its face the index number and date filed.

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a domestic corporation by delivering a true copy of each to
personally deponent knew said corporation so served to be the corporation described in said summons as said defendant.

**SUITABLE AGE PERSON 3.** ☒ by delivering thereat a true copy of each to PAUL FERRARO, SR., Father
a person of suitable age and discretion. Said Premises is defendant's~~actual place of business~~-dwelling house-usual place of abode-within the state.

**AFFIXING TO DOOR 4.** ☐ by affixing a true copy of each to the door of said premises which is defendant's-actual place of business-dwelling house-usual place of abode within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion thereat having called thereon.

and confirming residence of defendant with                                                          a neighbor
at                                                                                                                              who also denied
knowledge of defendant's place of employment or work hours.

**OTHER 5.** ☐ by delivering a true copy of each to said defendant by leaving thereat personally with
who is duly authorized to accept thereof.

**MAILING TO RESIDENCE USE WITH 3 or 4** ☒ Deponent enclosed a copy of same in postpaid envelope properly addressed to defendant at defendant's last known residence at SAME AS ABOVE on 3-21-08 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 or 4** ☐ Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at                                              in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore to legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** ☒ Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows

Approx. Age 65  Hgt 6'3"  Wgt 275  Hair Shaven  Sex M  Color skin W  Other _____

Wit. Fees $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**MILITARY SERVICE** ☒ I asked the person spoken to PAUL FERRARO, SR. whether the defendant was in active military service to the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations at the observations above narrated.
Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal Statutes.

Sworn to before me on March 21st, 2008

Fred Graber

FRED S GRABER
NOTARY PUBLIC, State of New York
NO. 01GR4845664, Suffolk County
Commission Expires June 23, 2010

EILEEN GRABER
NOTARY PUBLIC, State of New York
NO. 01GR4660637, Suffolk County
Commission Expires December 31, 2009