AO (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRATERNAL ORDER OF POLICE, D.C. LODGE 1, 711 4th Street NW, Washington, D.C. 20001, STEVEN ANTHONY as Trustee of the Fraternal Order of Police, National Labor Council 2, 711 4th St, NW, Washington, D.C. 20001, and TERI GRANT, 711 4th Street NW, Washington, D.C. 20001

PLAINTIFFS,

V.

EDWARD BARRY, individually and in his official capacity as National President, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 27 Bishop Street, Staten Island, NY 10306, PAUL FERRARO, individually and in his official capacity as National Treasurer, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 139 Fenn Lane, East Quogemack, NY 11726, CHRISTOPHER VITOLLO, individually and in his official capacity as National Grievance Secretary, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 856 Bayridge Blvd., Wilmette, DE 19804, ALAN DIAZ, individually and in his official capacity as NE rea Representative, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 637 Selway Street, Thornwood, NY 10594, and DANIEL DUNLAP, in his individually and in his official capacity as Southern Area National Representative Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 23650 Sugar Maple Lane, Lewisville, VA 23192

DEFENDANTS,

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00462
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/18/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

EDWARD BARRY (Official CAPACITY)
27 Bishop Street
Staten Island, NY 10306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen G. DeNigris, Esq.
2100 M Street NW Suite 170-283
Washington, D.C. 20037
Office: (703)416-1036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 18 2008
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 3/25/08 @ 8:30 p.m. |
| NAME OF SERVER (PRINT)  Frank R. Morganti | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Mrs. C. Barry**
Edward Barry was in the house & would not come to the door.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/27/08
             Date           Signature of Server
                            # 791231
                            21 Jerome Ave, S.I, NY 10305
                            Address of Server

KEITH W SCHACHT
Notary Public, State of New York
No. 01SC6174032
Commission Expires 09/10/20**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRATERNAL ORDER OF POLICE, D.C. LODGE 1, 711 4th Street NW, Washington, D.C. 20001, STEVEN ANTHONY as Trustee of the Fraternal Order of Police, National Labor Council 2, 711 4th St, NW, Washington, D.C. 20001, and TERI GRANT, 711 4th Street NW, Washington, D.C. 20001

PLAINTIFFS,

V.

EDWARD BARRY, individually and in his official capacity as National President, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 27 Bishop Street, Staten Island, NY 10306, PAUL FERRARO, individually and in his official capacity as National Treasurer, Fraternal Order of Police, DC Lodge 1, 133 Penn Lane, Bloomsburg, NY 11779, CHRISTOPHER VITOLLO, individually and in his official capacity as National Recording Secretary, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 890 Baybridge Blvd, Willowick, OH 44095, AARON DIAZ, individually and in his official capacity as NE area Representative, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 1037 Marietta Ave, Thomwood, NY 10594, and DANIEL GUNLAP, in his individually and in his official capacity as Eastern Area National Representative, Fraternal Order of Police, DC Lodge 1, National Labor Council 2, 30555 Sugar Maple Lane, Lovettsville, VA 20180

DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00462
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/18/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

**EDWARD BARRY (INDIVIDUAL CAPACITY)**
27 Bishop Street
Staten Island, NY 10306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen G. DeNigris, Esq.
2100 M Street NW Suite 170-283
Washington, D.C. 20037
Office: (703)416-1036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 MAR 18 2008
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>

DATE: 3/25/08 C   8:30 P.M.

NAME OF SERVER (PRINT): FRANK R. Morganti
TITLE: Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: MRS. E. BARRY
Edward Barry was in house & would not come to the door.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/27/08

Signature of Server
# 791231
21 Jerome Ave., S.I. NY 10305
Address of Server

KEITH W SCHACHT
Notary Public, State of New York
No. 01SC6174032
Commission Expires 09/10/2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.