Honorable Ellen S. Huvelle  
US District Court for the District of Columbia  
333 Constitution Avenue NW  
Washington, DC 20001  
C/O Clerk of the Court

Steven G. DeNigris, Esq.  
Attorney for the Plaintiff  
2100 M Street NW, Suite 170-283  
Washington, DC 20037

**RECEIVED**  
APR 1 0 2008  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

**CASE 1:08-cv-00462**

**ANSWER**

1. Defendants allege that venue and/or jurisdiction is improper and that the venue places an undue financial and logistical burden on the Defendants.

2. Defendants allege that the Plaintiff has violated Federal Law; and have violated the charter agreement between the parties; and have violated their own Constitution and Bylaws; and have violated the Defendants Constitution and Bylaws.

3. Defendants allege that the Plaintiff has already provided notice that they have revoked the charter agreement.

4. Defendants allege that the Plaintiff's suit contains numerous misstatements; and contains numerous misrepresentations of facts; and that attempted Trusteeship is not for the reasons stated in the complaint.

5. Defendants allege that, on or about the same day that this suit was filed, the Plaintiff had the Defendant's bank account frozen.

6. Defendants allege that the Plaintiff's actions have interfered with the Defendants ability to obtain council in order to force them into defending themselves Pro Se.

7. Defendants allege that they have always acted in performance of their official duties and that the suits against them as individuals are frivolous.

8. Defendants allege that the Plaintiff has been waging a propaganda war against the defendants in front of the general membership; and has been actively been undermining the Defendants with false allegations.

9. Defendants state for the record that a complaint has been lodged with the Secretary of Labor. On 8 April 2008 the Secretary's designee stated that the investigation was completed and the complaint was being forwarded to the next step in their internal process. The designee stated that they are hoping to have this matter resolved quickly.

10. Defendants state for the record that they need their funds unfrozen so that they can obtain council prior to proceeding any further.

11. Defendants state for the record that the physical address of the Union office is at the US Postal Service 142-02 20th Ave, Whitestone, NY 11351. The office is on the second floor and has no room number. Mail can also be sent to this address but it must have "Postal Police Officer" in the title for the mailroom. Defendants advise that the mailroom at this facility is relatively slow to get mail to the recipient.

## JUDGMENT AND RELIEF

12. Plaintiff's request that the court provide the following relief;

    a. Dismiss all counts of the Plaintiff's suit based on the above answer in paragraph's 1-9.

    b. Plaintiff's request that the court instruct the Plaintiff to drop their complaint with Wachovia bank so that the Defendants can retain council and manage the day-to-day operations of the Union.

    c. Defer all further legal actions against the defendant until after they have been able to retain council.

    d. Defer all further legal actions until after the Secretary of Labor completes their actions on the complaint.

    e. Order the Plaintiff to cease and desist from taking any further legal action against the Defendants as individuals.

    f. Order the Plaintiff to cease and desist from undermining the Defendants and/or interfering with the day-to-day operations of the Union.

    g. Any other relief that the court deems necessary and proper.

Respectfully Submitted,

_____ 4/9/08
Paul Ferraro
Defendant and National Secretary-Treasurer, FOPNLC2
PO Box 612
Centereach, NY 11720-0612
(631)241-8716

Service:    Express Mail EB 394277527 US to Attorney DeNigris
              Express Mail EB 394277513 US to Clerk of Court