IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>   Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>   Defendants. | Civil No. 08-462 (ESH) |

**UNOPPOSED MOTION BY DEFENDANT CHRIS VITOLO
TO EXTEND TIME FOR ALL DEFENDANTS
TO RESPOND TO THE COMPLAINT**

  Defendant Chris Vitolo respectfully asks this Court for an extension of time – up to and including May 6, 2008 or until 20 days after service of the Complaint – for all Defendants to respond to the Complaint. In support, Mr. Vitolo states as follows:

  1. The Complaint purports to seek declaratory and injunctive relief to enforce an LMRDA trusteeship over the Postal Police Officers Association, a chapter of Plaintiff FOP DC Lodge #1.

  2. Mr. Vitolo is a member of the executive board of the PPOA and is based in Cleveland, Ohio. The other defendants in this lawsuit, who are

likewise spread across the country, are also members of the PPOA's executive board.

3. Mr. Vitolo's response is currently due to be filed tomorrow, Tuesday, April 15, 2008. The responses of the other defendants are due at various times, owing to the fact that some have not yet been served and the others were served at different times.

4. Mr. Vitolo and his fellow defendants are part-time union officers, all of whom have regular full-time jobs with the U.S. Postal Service.

5. The Defendants, who include the current chief executive officer of the PPOA, have suffered a resource problem owing to the fact that the PPOA's bank account was frozen because of a dispute. The inability to access these funds has adversely affected the Defendants' ability to retain suitable labor counsel for this case.

6. Mr. Vitolo first contacted the undersigned only this past weekend. Due to the burdens and exigencies of counsel's work schedule, and due to the complicated factual and legal issues this case presents, a three-week extension of time will be helpful in preparing a proper response.

7. No other attorney has made any appearance in this action for any of the defendants. The Defendants appear to have common interests, namely defending against the declaratory and injunctive relief requested by

2

Plaintiffs.

8. No party, including the other defendants, will be prejudiced by an extension of time for all Defendants to respond to the Complaint.

9. The undersigned spoke with Plaintiffs' counsel today to seek his position on this extension request. Plaintiffs' counsel represented that he does not oppose this motion.

10. This extension is requested in good faith and not for any improper purpose.

WHEREFORE, Defendant Vitolo respectfully moves this Court to extend the deadline for all Defendants to respond to the Complaint up to and including Tuesday, May 6 or until the time already permitted them under the Federal Rules, whichever is later.

Dated: April 14, 2008                    Respectfully submitted,


                                         s/ Arlus J. Stephens
                                         Arlus J. Stephens (DC No. 478938)
                                         Davis, Cowell & Bowe LLP
                                         1701 K Street NW, Suite 210
                                         Washington, DC 20006
                                         (202) 223-2620
                                         (Fax) (202) 223-8651

                                         Attorney for Defendant Chris Vitolo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>Defendants. | Civil No. 08-462 (ESH) |

## [PROPOSED] ORDER

For good cause shown, the Court hereby grants the motion to extend time to respond to the Complaint and orders that Defendants have up to and including Tuesday, May 6, 2008 (or until 20 days after they are served with the Complaint, whichever is later) to file a response to the Complaint.

_____          _____
DATE                                              UNITED STATES DISTRICT JUDGE