March 27, 2008

Court Clerk
U.S. District Court
333 Constitution Ave NW
Washington, DC 20001

Case: 1:08-cv-00462-ESH

Dear Sir/ Madam,
In response to a served copy of a petition to the court on the above noted case, I replied to the plaintiff's attorney as required.
Attached is a copy of all documentation that I have forwarded to him.
If I can be of further assistance to the court, please advise me.

Edward Barry
27 Bishop St
Staten Island, NY 10306

*[Handwritten annotation: "Let this be filed" ESH 4/14/08]*

March 27, 2008

Stephen DeNigris
2100 M Street  Suite 170
Washington, DC 20037

Sir,
I am in receipt of a copy of the petition to U.S. District Court, Case # 1:08-cv-00462 and am responding to it.
Upon receiving independent council opinion that DC1 has most likely the authority to place the union FOP/NLC#2 in receivership and appoint a trustee, I saw no point in continuing this contest. On February 25, 2008 I submitted a written resignation to the union's Nat'l/Sec. In addition I sent by certified mail a separate notice to the U.S. Postal Service as acknowledgement that I was withdrawing from the same union.
In your petition you request that I declare the trusteeship lawful, confirm the appointment of Steven Anthony as well as order the other defendants to take various actions in accordance with this petition. I no longer oppose such actions but in view of my resignation, no longer have the authority to command such members of FOP/NLC#2.
Additionally, I do not possess any property or funds of this same union. I do not have knowledge of any union website passwords or other control data. Any bank related control or authority would have passed to my successor on the effective day of my resignation.
I don't believe I can be of any further assistance in the trustee's transition into the union. If your office feels the need to continue court proceedings that include me, please advise.
I will forward a copy of this communication to the court as required.

_____
Edward Barry



# **FRATERNAL ORDER OF POLICE**
## NATIONAL LABOR COUNCIL 2

REPRESENTING
UNITED STATES
POSTAL POLICE OFFICERS

February 25, 2008

Paul Ferraro, Nat'l Secretary Treasurer
FOP/NLC#2

Upon receipt of this letter please be advised that I am resigning from the union, FOP/NLC2, effective this date.
Accordingly, I will not be attending the DC1 hearing later this week. Please deal with the hearing as you require.
I am not, nor do I expect to become, in possession of any files, records or other property of the union with the exception of a fax machine which is in storage at the B1 level of Church Street Station, Manhattan. I will make arrangements to have this machine delivered to union steward Richard Greco who is assigned to Grand Central Station also in Manhattan.
In addition I have no outstanding expense account or other union funds in my possession. I have no expenses to be reimbursed either. Any mail received by me pertaining to union business will be returned to sender, or if you like, forwarded to the Sec/Treas.
Fraternally,

Edward Barry
President, FOP/NLC#2

Standard Form 1188
Revised January 1979
Office of Personnel Management
FPM Chapter 560

# CANCELLATION OF PAYROLL DEDUCTIONS

# FOR LABOR ORGANIZATION DUES

## Privacy Act Statement

Section 5525 of Title 5, United States Code (Allotments and Assignments of Pay) permits Federal agencies to collect this information. This completed form is used to stop labor organization dues from being deducted from your pay and to notify the labor organization that the dues will be no longer deducted. Completing this form is voluntary, but it may not b e processed if all requested information is not provided.

This record may be disclosed outside your agency to: 1) the Department of Treasury to make proper financial adjustments; 2) a Congressional office if you make an inquiry to that office related to this record; 3) a court or an appropriated government agency if the Government is party to a legal suit; 4) to an appropr iate law enforcement agency if we become aware of a legal violation; 5) an organization which is a designated collection agent of a particular labor organization; 6) other Federa l agencies for management, statistical and other official functions (without your personal identification).

Executive Order 9397 allows Federal agencies to use the Social Security Number (SSN) as an Individual Identifier to avoid confusion caused by employees with the same or similar names. Supplying your SSN is voluntary, but failure to provide it, when it is used as the employee identification number, may mean that this payroll action cannot be processed.

Your agency shall provide an additional statement if it uses the information furnished on this form for purposes other than those mentioned above.

| 1. Name or Employee (Print - Last, First, Middle) | 2. Employee I.D. Number ( Social Security or other) |
|---|---|
| BARRY  EDWARD  D | 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 |
| 3. Agency Name (Include Bureau, Division, Branch, or other Designation) | 4. Timekeeper Number |
| POSTAL POLICE  NEW YORK DIVISION  U.S. POSTAL SERVICE | |
| 5. Name of Labor Organization | 6. Cancellation Date (Completed by agency only) |
| FOP/NLC #2 | |

I hereby cancel my authorization for the deduction of dues for the above labor organization from my pay. I understand that this cancellation will become effective on the first full pay period which begins on or after the next established cancellation date (indicated above) after this request is received in my agency payroll office.

| 7. Signature of Employee | 8. Date (Month, Day, Year) |
|---|---|
| Edward D. Barry | 2/25/08 |

(Submit copies 1 and 2 to agency payroll office. Copy 1 is retained f or payroll records and Copy 2 is forwarded by the payroll office to the labor organization in accordance with the arrangement between the agency and the labor organization. Copy 3 is retained by the employee.)

1. Agency Payroll Copy        2. Labor Organization Copy        3. Employee Copy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    USPS HRSSC
    P.O. Box 970400
    Greensboro NC
    27497-0400

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): [illegible]    C. Date of Delivery: 2/27/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):    7007 2560 0000 1926 3925

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540