# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia District of Washington

Case Number: 1:08-CV-00462

Plaintiff:
**Fraternal Order of Police, D.C. Lodge 1, Et Al**

vs.

Defendant:
**Julian Diaz**

Received these papers to be served on **Julian Diaz, Bronx Postal & Distribution Center, 558 Grand Concourse, Bronx, NY 10451**.

I, Richard Longo, being duly sworn, depose and say that on the **10th day of April, 2008** at **7:50 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Case, Notice of Right To Conset To Trial Before United States Magistrate Judge and Complaint** with **Shawn Russell, Co-Worker** at **Bronx Postal & Distribution Center, 558 Grand Concourse, Bronx, NY 10451**, the said premises were verified by said individual as being the defendant's place of **Business.**.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: Black,  Height: 6'4",  Weight: 250,  Hair: Black, Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true.  I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 15th day of April, 2008

NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

Richard Longo
Process Server

Our Job Serial Number: 2008002473

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia District of Washington

Case Number: 1:08-CV-00462

Plaintiff:
**Fraternal Order of Police, D.C. Lodge 1, Et Al**

vs.

Defendant:
**Julian Diaz**

Received these papers to be served on **Julian Dianz, Bronx Postal & Distribution Center, 558 Grand Concourse, Bronx, NY 10451**.

I, Richard Longo, being duly sworn, depose and say that on the **10th day of April, 2008** at **7:50 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Case, Notice of Right To Conset To Trial Before United States Magistrate Judge and Complaint** with **Shawn Russell, Co-Worker** at **Bronx Postal & Distribution Center, 558 Grand Concourse, Bronx, NY 10451**, the said premises were verified by said individual as being the defendant's place of **Business.**.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served:  Age: 35,  Sex: M,  Race/Skin Color: Black,  Height: 6'4",  Weight: 250,  Hair: Black,  Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 15th day of April, 2008

NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5035889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

Richard Longo
Process Server

Our Job Serial Number: 2008002474

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c