IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>Defendants. | Civil No. 08-462 (ESH) |

## MOTION TO ALLOW WITHDRAWAL OF PREVIOUSLY FILED ANSWER BY DEFENDANT PAUL FERRARO

Defendant Paul Ferraro respectfully moves this Court to allow him to withdraw his previously filed answer to the Complaint. In support Mr. Ferraro states as follows:

1. Mr. Ferraro is a postal police officer and a member of the Postal Police Officers Association. He also serves as the duly elected Secretary-Treasurer of the PPOA.

2. On or about March 20, 2008, Plaintiffs served Mr. Ferraro with a copy of the Complaint. Mr. Ferraro's answer was due to be filed by April 10.

3. Mr. Ferraro and the other defendants, all of whom have been sued in their official capacities, were deprived of the PPOA's funds to pay for

a lawyer to represent them in this matter because its bank accounts have been frozen due to a competing legal claim proffered by the Plaintiffs.

4. Because of this situation, Mr. Ferraro was unable to find a lawyer to represent him prior to the due date for his answer and thus he was forced to file a *pro se* answer with the Court on April 10, 2008.

5. Mr. Ferraro thereafter retained the undersigned to serve as his counsel in this action. The undersigned is working to prepare a revised answer for him, one which will better serve the parties and the Court.

6. The undersigned conferred about this motion with Counsel for the Plaintiffs. Mr. DeNigris informed me that he opposes this motion.

WHEREFORE, Mr. Ferraro respectfully moves the Court to grant him leave to file a substitute answer prepared with the benefit of counsel and to file same by May 6, 2008.

Dated: April 30, 2008                    Respectfully submitted,

                                         s/ Arlus J. Stephens
                                         Arlus J. Stephens (478938)
                                         Davis, Cowell & Bowe LLP
                                         1701 K Street NW, Suite 210
                                         Washington, DC 20006
                                         (202) 223-2620
                                         (Fax) (202) 223-8651

                                         Counsel for Defendant Paul Ferraro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF<br>POLICE, DC LODGE #1, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>Defendants. | Civil No. 08-462 (ESH) |

### [PROPOSED] ORDER

For good cause shown, the Court hereby grants the motion for leave to file a substitute for the answer previously filed by Paul Ferraro, and directs that such substitute answer be filed by May 6, 2008.

_____              _____
DATE                                          UNITED STATES DISTRICT JUDGE