IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>　　　　Defendants. | Civil No. 08-462 (ESH) |

**PAUL FERRARO'S REPLY BRIEF IN SUPPORT OF HIS MOTION
TO WITHDRAW PREVIOUSLY FILED ANSWER**

In reply to Plaintiffs' Opposition brief filed today, Defendant Paul Ferraro again respectfully moves this Court to allow him to withdraw his previously filed answer to the Complaint.

The accusations made against Mr. Ferraro in the Plaintiffs' Opposition do not warrant any response. Furthermore, the untrue accusations have no conceivable bearing on his motion.

Mr. Ferraro respectfully suggests that Plaintiffs have offered no valid reason why he should not be allowed to withdraw his answer and to substitute a new one that was prepared with the benefit of legal counsel.

WHEREFORE, Mr. Ferraro respectfully moves the Court to grant him leave to file a substitute answer prepared with the benefit of counsel and to file same by May 6, 2008.

Dated:  April 30, 2008                    Respectfully submitted,


s/ Arlus J. Stephens
Arlus J. Stephens (478938)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(Fax) (202) 223-8651

Counsel for Defendant Paul Ferraro