## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| **FRATERNAL ORDER OF POLICE** | : | Civil Action No. |
| **DC LODGE 1, 711, et.al.** | : | |
| | : | 1:08-cv-00462 (ESH) |
| **Plaintiffs** | : | |
| v. | : | |
| | : | |
| **EDWARD BARRY, et.al.** | : | |
| | : | |
| Defendants. | : | May 1, 2008 |

### NOTICE OF APPEARANCE

I hereby enter the following appearance on behalf of the Plaintiffs, Fraternal Order of Police, DC Lodge 1, Steven Anthony, trustee of National Labor Council 2 of the Fraternal Order of Police, DC Lodge 1 (NLC-2) and Teri Grant, lawful President of NLC-2 in the above referenced matter:

> Jonathan L. Gould (D.C. Bar No. 491052)
> Kestell & Associates
> 1012 14th Street, NW, Suite 630,
> Washington, DC 20005
> Tel: (202) 347-3889
> Fax: (202) 347-4482
> Email jgould@igc.org

This appearance is in addition to the appearances for the Plaintiffs already on file.

Respectfully submitted,

/s/Jonathan L. Gould
Jonathan L. Gould
(D.C. Bar No. 491052)
1012 14th Street, NW, Suite 630,
Washington, DC 20005
Tel: (202) 347-3889
Fax: (202) 347-4482
Email jgould@igc.org