IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>Defendants. | Civil No. 08-462 (ESH) |

ENTRY OF APPEARANCE OF KEIRA M. McNETT
ON BEHALF OF DEFENDANTS/COUNTER-CLAIMANTS
FERRARO, VITOLO, DUNLAP AND DIAZ

The undersigned, Keira M. McNett, hereby enters an appearance on behalf of Defendants/Counter-Claimants Paul Ferraro, Chris Vitolo, Dan Dunlap and Julian Diaz in this action.

Dated:  May 12, 2008                              Respectfully submitted,

                                                  s/ Keira M. McNett
                                                  Keira M. McNett (482199)
                                                  Davis, Cowell & Bowe LLP
                                                  1701 K Street NW, Suite 210
                                                  Washington, DC 20006
                                                  (202) 223-2620
                                                  (Fax) (202) 223-8651
                                                  kmcnett@dcbwash.com