UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE**, **D.C. LODGE 1**, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 08-cv-462 (ESH) ) ) |
| **EDWARD BARRY**, et. al. | ) ) |
| Defendants. | ) ) ) |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff Fraternal Order of Police, et. al., moves this Court for an order continuing the scheduling conference of June 2, 2008, to June 11-12, 2008, depending on the Court's availability. As further grounds, counsel would state:

1. Presently, the Court designated June 2, 2008, as the Scheduling Conference in the above-referenced matter.

2. Plaintiffs' counsel will be in Albany, New York the week of June 2-6, 2008, on previously scheduled legal matters.

3. In this regard counsel will be preparing for hearing on June 4, 2008, in the matter of *NYS State Liquor Authority v. 2169, Corporation*, Case No. 12924. Witnesses have been scheduled for hearing preparation on June 2-3, 2008, in Albany.

4. Similarly, counsel will be in hearing on June 5, 2008, in the matter of *People v. Fitzpatrick*, 07110054, Town of Catskill NY Town Court.

5. Lastly, counsel is out of town in Las Vegas, Nevada from June 23-27, 2008.

      6.      The parties have met and completed the Rule 16.3 Scheduling Report which will be filed within the appropriate time constraints.

      7.      Counsel would respectfully suggest that June 10-11, 2008, are available for the scheduling conference for both counsels if the Court has the available time.

      8.      Counsel is authorized to represent that Defense Counsel does not oppose this request.

WHEREFORE, Plaintiffs respectfully pray that the Court continue the scheduling conference to either June 10-11, 2008, or at such other time which is convenient to the Court.

                  Respectfully submitted,

*s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
Attorney for the Plaintiffs
2100 M Street NW Suite 170 - 283
Washington, DC 20037

Office: (703)416-1036
Fax:   (703)416-1037

Dated: May 14, 2008
       Washington, DC

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE,** ) <br> **D.C. LODGE 1**, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **EDWARD BARRY**, et. al. ) <br> ) <br> Defendants. ) <br> _____) | CASE NO.: 08-cv-462 (ESH) |

### O R D E R

Upon considerations of the Plaintiffs' unopposed motion to continue the scheduling conference and for other good cause it is hereby

**ORDERED** that the Plaintiffs' motion is GRANTED / DENIED; and it is further

**ORDERED** that the scheduling conference set for June 2, 2008, is canceled; and it is further

**ORDERED** that the scheduling conference is now set for _____, 2008, at _____ a.m. / p.m.

_____
UNITED STATES DISTRICT JUDGE

Dated: May ____, 2008
       Washington, DC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing motion for continuance was sent by Electronic Mail (E-mail) on the 14th day of May 2008 to the following individuals:

Arlus J. Stephens, Esq.
Kiera McNett, Esq.
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006


*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.