IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>         Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>         Defendants. | Civil No. 08-462 (ESH) |

### ENTRY OF APPEARANCE OF ARLUS J. STEPHENS AND KEIRA M. McNETT ON BEHALF OF DEFENDANT EDWARD BARRY

The undersigned, Arlus J. Stephens and Keira M. McNett, hereby enter an appearance on behalf of Defendant Edward Barry in this action.

Dated:  May 27, 2008          Respectfully submitted,

                              s/ Arlus J. Stephens
                              s/ Keira M. McNett
                              Arlus J. Stephens (478938)
                              Keira M. McNett (482199)
                              Davis, Cowell & Bowe LLP
                              1701 K Street NW, Suite 210
                              Washington, DC 20006
                              (202) 223-2620
                              (Fax) (202) 223-8651
                              astephens@dcbwash.com
                              kmcnett@dcbwash.com