IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>      Defendants. | Civil No. 08-462 (ESH) |

MOTION BY DEFENDANT EDWARD BARRY
FOR LEAVE TO FILE AMENDED ANSWER

      Defendant Edward Barry respectfully moves this Court for leave to allow him to amend his previously filed answer to the Complaint, by joining in the Answer and Counterclaim filed by his fellow defendants on May 6, 2008.  In support Mr. Barry states as follows:

      1.    Mr. Barry is a postal police officer and has been an active member of the Postal Police Officers Association for many years.  Indeed, until recently he served as the president of that union.  Because of this lawsuit, however, he recently gave up his membership.

      2.    On or about March 25, 2008, plaintiffs served Mr. Barry with a copy of the Complaint.

3. Because the plaintiffs' purported trusteeship of their union left the defendants without a source of funds to retain legal counsel, Mr. Barry had great difficulty finding a lawyer to represent him in this matter, and consequently he was forced to file a *pro se* answer with the Court on April 14, 2008.

4. Mr. Barry thereafter retained the undersigned to represent him in this action.

5. Mr. Barry wishes to amend his previously filed answer. Specifically, he seeks to join in the answer and counterclaim filed by his fellow defendants on May 6, 2008.

6. In an April 30, 2008 Order, the Court granted permission to Defendant Ferraro to amend his previously filed *pro se* answer.

7. The undersigned conferred about this motion with counsel for the plaintiffs, who stated that plaintiffs oppose this motion.

WHEREFORE, Mr. Barry respectfully moves the Court to allow him to amend his answer by instead joining in the answer and counterclaim filed by his colleagues on May 6, 2008.

\\

\\
Dated:  May 27, 2008                    Respectfully submitted,

s/ Keira M. McNett
Arlus J. Stephens (478938)
Keira M. McNett (482199)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(Fax) (202) 223-8651

Counsel for Defendant Edward Barry

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>Defendants. | Civil No. 08-462 (ESH) |

### [PROPOSED] ORDER

For good cause shown, the Court hereby grants Defendant Edward Barry's motion for leave to file an amended answer, by allowing him to join, *nunc pro tunc*, in the answer and counterclaim filed by his fellow defendants on May 6, 2008 (Doc. 14).

_____     _____
DATE                                         UNITED STATES DISTRICT JUDGE