IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>          Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>          Defendants. | Civil No. 08-462 (ESH) |

### EDWARD BARRY'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE AMENDED ANSWER

In reply to Plaintiffs' Opposition, Defendant Edward Barry again respectfully moves this court to allow him to amend his previously filed answer. Plaintiffs have not offered any valid reason why Mr. Barry should not be allowed to amend his answer.

Mr. Barry particularly objects to Plaintiffs' claim in their Opposition that the purported trusteeship is presumptively valid. The trusteeship was imposed without authority and in violation of numerous procedures required by the LMRDA and thus does not enjoy the presumption of validity. *Laborers' Int'l Union of North America v. National Post Office Mail Handlers*, 880 F.2d 1388, 1396 (D.C. Cir. 1989).

Permitting Mr. Barry to amend his answer at this early stage in the litigation does not prejudice Plaintiffs and will in fact allow the case to be litigated more efficiently.

If Mr. Barry is permitted to join in his co-defendants' answer and counterclaim, the case can be litigated more efficiently with all defendants pursuing a common defense.

At the same time, Plaintiffs are not prejudiced because they retain the option to question Mr. Barry about his particular statements in his previously filed *pro se* answer.

WHEREFORE, Mr. Barry respectfully moves the Court to grant him leave to amend his answer by joining in the answer and counterclaim prepared with the benefit of counsel and filed by his co-defendants on May 6, 2008.

Dated:  May 28, 2008                    Respectfully submitted,

<div style="margin-left:3em">
s/ Keira M. McNett
Arlus J. Stephens (478938)
Keira M. McNett (482199)
Davis, Cowell & Bowe LLP
1701 K Street NW, Suite 210
Washington, DC 20006
(202) 223-2620
(Fax) (202) 223-8651

Counsel for Defendant Edward Barry
</div>