UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| **FRATERNAL ORDER OF POLICE** | : | Civil Action No. |
| **DC LODGE 1, 711, et.al.** | : | |
| | : | 1:08-cv-00462 (ESH) |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| **EDWARD BARRY, et.al.** | : | |
| | : | |
| Defendants. | : | June 5, 2008 |

### PLAINTIFF'S COUNSEL'S NOTICE RE: CHANGE OF ADDRESS

Jonathan L. Gould, one of Plaintiffs' counsel in the above matter, hereby serves notice as follows:

As of June 1, 2008, the address of my office has changed from:

Jonathan L. Gould
Kestell & Associates
1012 14th Street, NW, Suite 630
Washington, DC 20005
Tel No. (202) 347-3889
Fax No. (202) 347-4482

To:

Jonathan L. Gould
Law Office of Jonathan L. Gould
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No. (202) 347-3889
Fax No. (703) 652-7589

My email address will remain the same: jgould@igc.org.

Respectfully submitted,

By  /s/Jonathan L. Gould  _____

Jonathan L. Gould
DC Bar # 491052
1730 M Street, NW, Suite 412
Washington, DC 20036
Tel. No.  (202) 347-3889
Fax No. (703) 652-7589
Email  jgould@igc.org