REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-K

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 29:185 Labor/Mgt. Relations (Contracts) | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 08-462 | DATE REFERRED:<br>6/17/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>Fraternal Order of Police D.C. Lodge 1, et al | DEFENDANT(S):<br>Edward Barry, et al |
|---|---|

ENTRIES: