UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE,** <br> **D.C. LODGE 1,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **EDWARD BARRY,** *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-462 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in open court, defendants' motion for a preliminary injunction [Dkt. 26] is **GRANTED** and plaintiffs' cross-motion for a preliminary injunction [Dkt. 36] is **DENIED**. Defendants' motion to disregard [Dkt. 38] is **DENIED** as moot.

By agreement of the parties, it is further **ORDERED** that, within 30 days of this Order, defendants shall make the financial records of NLC-2 available to plaintiffs for viewing in New York City, consistent with Article 22, Section 6 of plaintiff's Constitution. Should plaintiffs choose to make copies of these documents, they shall do so at their own expense. Should plaintiffs choose to remove the original documents to Washington D.C., defendants shall have the opportunity to make photocopies at their own expense.

Because defendant has agreed to make its financial records available, consistent with plaintiffs' demand for specific performance in its breach of contract claim in Count II of the Complaint, the Complaint is hereby dismissed with prejudice. Defendant Ferraro's counterclaim is granted insofar as the trusteeship over NLC-2 is dissolved, and is otherwise dismissed with prejudice.

The above-captioned case is **dismissed with prejudice**.

>                                   /s/
> ELLEN SEGAL HUVELLE
> United States District Judge

Date: July 22, 2008