IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>   Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>   Defendants. | Civil No. 08-462 (ESH) |

**DEFENDANTS/COUNTERCLAIMANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants/Counterclaimants respectfully move this Court for an enlargement of time to file a motion for attorneys' fees and costs.  In support Defendants/Counterclaimants state as follows:

1. Defendants/Counterclaimants, as the prevailing party, intend to seek attorneys' fees and costs from Plaintiffs/Counterdefendants.

2. Judgment was entered on July 22, 2008.

3. Under Fed. R. Civ. P. 54(d)(2), Defendants/Counterclaimants have 14 days from the date of the judgment to file a motion for attorneys' fees, which puts the due date at August 5.

4. At the hearing on July 22, the Court urged the parties to attempt

to privately resolve the issue of attorneys' fees.

  5. An enlargement of time to file a motion is necessary to give the parties adequate time to attempt to negotiate an agreement regarding payment of attorneys' fees.

  6. The undersigned conferred about this motion with counsel for the Plaintiffs/Counterdefendants, who stated that they do not oppose the motion.

  WHEREFORE, Defendants/Counterclaimants respectfully move the Court for an extension of one month, until September 5, 2008, to file their motion for attorneys' fees and costs.

Dated: July 29, 2008   Respectfully submitted,

          s/ Keira M. McNett
          Arlus J. Stephens (478938)
          Keira M. McNett (482199)
          Davis, Cowell & Bowe LLP
          1701 K Street NW, Suite 210
          Washington, DC 20006
          (202) 223-2620
          (Fax) (202) 223-8651

          Counsel for Defendants/Counterclaimants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>  Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>  Defendants. | Civil No. 08-462 (ESH) |

### [PROPOSED] ORDER

For good cause shown, the Court hereby grants Defendants/Counterclaimants' unopposed Motion for Enlargement of Time to file Motion for Attorneys' Fees and Costs and extends the deadline to September 5, 2008.

_____     _____
DATE                                          UNITED STATES DISTRICT JUDGE