UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE**, **D.C. LODGE 1**, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> **EDWARD BARRY**, et. al. <br><br> Defendants. | ) ) ) ) ) CASE NO.: 08-cv-462 (ESH) ) ) ) ) ) ) |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Plaintiffs through the undersigned counsel files this motion for an extension of time to file its reply to the defendants' opposition to plaintiffs' motion to amend/alter judgment. As further grounds counsel would state:

1. Plaintiffs' reply to the defendant's motion is presently due today, August 18, 2008.

2. On Thursday August 14, 2008, counsel returned to his residence in upstate New York in anticipation the birth of his seventh grandchild. However, on Friday August 14, 2008, after attempting to induce labor, doctors determined to perform a C-section resulting in the birth of a 6 pound 12 ounce baby girl.

3. On Saturday August 16, 2008, counsel was in the hospital with his step-daughter throughout the day.

3. On Sunday, August 17, 2008, counsel had to travel to Chicago for business.

4. Counsel is seeking a two-day extension of time to file its reply in this matter until August 20, 2008.

5. Defense Counsel does not oppose this request.

WHEREFORE plaintiffs' counsel prays that this Court grant a two-day extension until August 20, 2008, to allow plaintiffs' to file their reply brief in this matter.

Respectfully submitted,

>*/s/ Stephen G. DeNigris, Esq.*
>Stephen G. DeNigris, Esq.
>D.C. Bar No. 440697
>Attorney for the Plaintiffs
>2100 M Street NW Suite 170-283
>Washington, DC 20037
>Office: (703)416-1036
>Fax: (703)416-1037

Dated: August 18, 2008
       Chicago, IL

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE**,  **D.C. LODGE 1**, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | CASE NO.: 08-cv-462 (ESH) ) ) |
| **EDWARD BARRY**, et. al. | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Upon consideration of the plaintiffs' unopposed motion for an extension of time and for other good cause shown, it is hereby

**ORDERED**, that Plaintiff's motion is **GRANTED / DENIED;** and it is further

**ORDERED** that plaintiffs will up to and including August 20, 2008, to file its reply brief.

_____
UNITED STATES DISTRICT JUDGE

Dated: August _____, 2008
Washington, DC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Plaintiffs' Motion for Extension of Time to File its Reply Brief  was sent by electronic mail on the 18th day of August 2008, to:

Keira M. McNett, Esq.
Attorney for Defendants Barry, Ferraro,
Vitolo, Diaz, and Dunlap
Davis, Cowell & Bowe, LLP
1701 K St NW Suite 210
Washington, DC 20006
Office: (202)223-2620
Fax: (202)223-8651

Arlus Stephens, Esq.
Attorney for Defendants Barry, Ferraro,
Vitolo, Diaz, and Dunlap
Davis, Cowell & Bowe, LLP
1701 K St NW Suite 210
Washington, DC 20006
Office: (202)223-2620
Fax: (202)223-8651


*/s/ Stephen G. DeNigris, Esq.*