IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, DC LODGE #1, et al.<br><br>    Plaintiffs/Counterdefendants,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>    Defendants/Counterclaimants. | Civil No. 08-462 (ESH) |

**DEFENDANTS/COUNTERCLAIMANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants/Counterclaimants respectfully move this Court for an enlargement of time to file a motion for attorneys' fees and costs. In support Defendants/Counterclaimants state as follows:

1. Defendants/Counterclaimants, as the prevailing party, intend to seek attorneys' fees and costs from Plaintiffs/Counterdefendants.

2. At the hearing on July 22, the Court urged the parties to attempt to resolve privately the issue of attorneys' fees and costs.

3. As judgment was entered on July 22, under Fed. R. Civ. P. 54(d)(2), Defendants/Counterclaimants had 14 days to file a motion for attorneys' fees and costs, which put the due date at August 5.

4. This Court previously granted an extension of time for the Defendants/Counterclaimants to file their application for attorneys' fees and costs, making the new deadline September 5.

5. The parties believe an additional extension of time for this deadline – until and including September 24 -- will be useful and will hopefully aid the resolution process.

6. The undersigned conferred about this motion with counsel for the Plaintiffs/Counterdefendants, Stephen DeNigris, Esq., who stated that he does not oppose this motion.

WHEREFORE, Defendants/Counterclaimants respectfully move the Court for an extension of time until and including September 24, 2008 for them to file their motion for attorneys' fees and costs.

Dated: August 26, 2008         Respectfully submitted,

> s/ Arlus J. Stephens
> Arlus J. Stephens (478938)
> Keira M. McNett (482199)
> Davis, Cowell & Bowe LLP
> 1701 K Street NW, Suite 210
> Washington, DC 20006
> (202) 223-2620
> (Fax) (202) 223-8651
>
> Counsel for Defendants/Counterclaimants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICY, DC LODGE #1, et al.<br><br>     Plaintiffs,<br><br>vs.<br><br>EDWARD BARRY, et al,<br><br>     Defendants. | Civil No. 08-462 (ESH) |

## [PROPOSED] ORDER

For good cause shown, the Court hereby grants the Defendants/Counterclaimants' unopposed Motion for Enlargement of Time to file Motion for Attorneys' Fees and Costs and extends the deadline to and including September 24, 2008.

_____        _____
DATE                             UNITED STATES DISTRICT JUDGE