UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE,<br>D.C. LODGE 1, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>EDWARD BARRY, *et al.*,<br><br>    Defendants. | Civil Action No. 08-462 (ESH) |

## ORDER

Having considered plaintiffs' Motion to Amend/Alter Judgment [Dkt. 45], the opposition thereto, and plaintiffs' reply, the Court denies the motion on the grounds that this litigation, as well as the Court's Order, was limited to the question of the validity of the trusteeship. The question of who is now the rightful president of NLC-2 is not properly before the Court and is beyond the scope of this litigation.

  **SO ORDERED**.

                  /s/
                ELLEN SEGAL HUVELLE
                United States District Judge

Date: August 27, 2008