UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRATERNAL ORDER OF POLICE,** <br> **D.C. LODGE 1,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **EDWARD BARRY**, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 08-0462 (ESH) |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Pursuant to Local Civil Rule 72.3, the Court referred this case to Magistrate Judge John M. Facciola for a report and recommendation on Counterclaimants' Motion for Award of Attorneys' Fees and Costs [Dkt. #52]. Magistrate Judge Facciola issued a Report and Recommendation on February 23, 2009.

Under Local Civil Rule 72.3(b), parties may file objections within ten days of service of a magistrate judge's report. A party's failure to file an objection within that ten days may waive appellate review of a District Court order adopting the report and recommendation. *See* LCvR 72.3(b). In this case, the parties timely requested and were granted extensions of time in which to file their objections. Pursuant to the final extension of time granted by the Court, the parties' objections were due on or before April 10, 2009.

The Court concurs with the recommendations contained in the magistrate judge's report. Since no party has filed any objections and the time for doing so has expired, it is this 17th day of

April, 2009, hereby

**ORDERED** that Magistrate Judge Facciola's Report and Recommendation dated February 23, 2009 [Dkt. #64] is **ADOPTED IN FULL**; and it is

**FURTHER ORDERED**, for the reasons stated in the magistrate judge's Report and Recommendation, that Counterclaimants' Motion for Award of Attorneys' Fees and Costs [Dkt. #52] is **GRANTED**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Dated:  April 17, 2009

cc:  Magistrate Judge John M. Facciola